# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC WATERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-07552-GHW ) ) |
| INTERSECT ENT, INC., KIERAN T. GALLAHUE, THOMAS A. WEST, TERESA L. KLINE, CYNTHIA LUCCHESE, DANA MEAD, ELISABETH SANDOVAL-LITTLE, and NEIL A. HATTANGADI, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2021         **RIGRODSKY LAW, P.A.**

                                By: _/s/ Gina M. Serra_
                                Seth D. Rigrodsky
                                Timothy J. MacFall
                                Gina M. Serra
                                Vincent A. Licata
                                825 East Gate Boulevard, Suite 300
                                Garden City, NY 11530
                                (516) 683-3516
                                sdr@rl-legal.com
                                tjm@rl-legal.com
                                gms@rl-legal.com
                                vl@rl-legal.com

                                *Attorneys for Plaintiff*